UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
|  TRENT H. DAVIS, ) | Chapter 11 |
| d/b/a DFS PROPERTY MANAGEMENT ) | Case No. 11-14206-HJB |
| DEBTOR ) | |
| ) | |

## NOTICE OF HEARING

Please be advised that there will be a hearing on Emergency Motion for Authorization for Use of Cash and Non Cash Collateral before the Honorable Henry J. Boroff, United States Bankruptcy Judge, on the 5th day of May, 2011 at 2:30 p.m. at the Teleconference Suite, 11th Floor, John W. McCormack Post Office and Court House, 5 Post Office Square, Boston, Massachusetts.

 

Respectfully submitted,
**Trent H. Davis, d/b/a**
**DFS Property Management**

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
nparker@ninaparker.com
Jenny L. Yandell (BBO #658322)
jyandell@ninaparker.com
Parker & Associates
DATED:  May 4, 2011        10 Converse Place
Winchester, MA  01890
(781)729-0005

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **TRENT H. DAVIS,** | ) | **Chapter 11** |
| **d/b/a DFS PROPERTY MANAGEMENT** | ) | **Case No. 11-14206-HJB** |
| **DEBTOR** | ) | |
| _____) | | |

CERTIFICATE OF SERVICE

      I, Nina M. Parker, do hereby certify that I have given either telephonic notice, electronic notice, fax notice and/or mailed, postage prepaid, copies of **Notice of Hearing regarding Emergency Motion for Authorization of Use of Cash and Non-Cash Collateral** to the parties listed on the annexed service list.

      /s/ Nina M. Parker
      Nina M. Parker (BBO #389990)
      nparker@ninaparker.com
      Jenny L. Yandell (BBO #658322)
      jyandell@ninaparker.com
      Parker & Associates
      10 Converse Place
      Winchester, Massachusetts 01890
      (781) 729-0005

DATED:    May 4, 2011

**Electronic Mail Notice List**

- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Nina M. Parker    nparker@ninaparker.com, rgorski@ninaparker.com;jyandell@ninaparker.com;gorrmg@comcast.net;knicholson@ninaparker.com

**Manual Service List:**

Trent H. Davis
PO Box 43
Lexington, MA 02420

Richard and Annemarie Howdy
35 Heritage Hill
Dedham, MA 02026

Pofcher, DiSciullo & Petruzziello
749 South Street
Roslindale, MA 02131

Specialized Loan Servicing, LLC
8742 Lucent Blvd.
Suite 300
Highlands Ranch, CO 80129

Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Chase Home Finance, LLC
FL5-7730
PO Box 44090
Jacksonville, FL 32231

Chase
PO Box 830105
Baltimore MD 21283

Chase Home Finance
PO Box 44090
Jacksonville, FL 32231

Chase
P.O. Box 830021
Baltimore, MD 21283

Emigrant Mortgage
5 East 42nd Street
New York, NY 10017

Emigrant Mortgage
Grand Central Post Office
PO Box 5494
New York, NY 10163

Brookline Bank
PO Box 470469
Brookline, MA 02447

Brookline Bank
160 Washington Street
Brookline, MA  02445

Newport Federal
PO Box 210
Newport RI 02840-0000

Sayer Regan and Thayer, LLP
130 Bellevue Avenue
Newport, RI 02840

Adam Norrad
376 Cumberland Avenue
North Attleboro, MA  02760

ASC
P.O. Box 1820
Newark, NJ  07101

Beacon Towers Condominium Trust
Modiza Associates
131 Park Drive
Boston, MA  02215

Minuteman Village Condominium
c/o Continental Property Services, Inc.
5 R Green Street
Woburn, MA  01801

TD Bank
c/o Peter G. Shaheen
Shaheen, Guerrera & O'Leary
820A Turnpike Street
North Andover, MA  01845

TD Bank
P.O. Box 9547
Portland, ME  04112

The Manhattan Club
112 North Courtland Street, 2nd Floor
East Stroudsburg, PA  18301

Bank of America
P.O. Box 17051
Wilmington, DE  19850

Chase/WAMU
P.O. Box 30285
Salt Lake City, UT  84130

Gregory P. Lee, Esq.
279 South Main Street
Attleboro, MA  02703

Mingonne Davis
19 Emerald Street
Lexington, MA  02421

Natividad Gomez
408 Black Brook Drive
Lowell, MA  01851

Robert Kerr
c/o Gregory P. Lee, Esq.
279 South Main Street
Attleboro, MA  02703

The Home Depot
P.O. Box 653000
Dallas, TX  75265

Theresa Coffey
32 Meditation Lane
Lancaster, MA  01523

American Express Blue
P.O. Box 981535
El Paso, TX  79998

Andrea Bussey
c/o Michael Davis
27 Oak Street
North Attleboro, MA  02760

Arthur D. Frank, Jr.
209 Bedford Street, Ste. 401
Fall River, MA  02720

Capital One Services, LLC
P.O. Box 71083
Charlotte, NC  28272

Citizens Bank
P.O. Box 7092
Bridgeport, CT  06601

First National Bank of Omaha
P.O. Box 2557
Omaha, NE  68103

Michael Davis
27 Oak Street
North Attleboro, MA  02760

New England Gas Company
P.O. Box 219599
Kansas City, MO  64121

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA  18773-9500