UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: )<br>)<br>TRENT H. DAVIS, )<br>d/b/a DFS PROPERTY MANAGEMENT )<br>DEBTOR )<br>) | Chapter 11<br>Case No. 11-14206-HJB |

NOTICE OF INTENDED PRIVATE SALE OF ESTATE PROPERTY,
DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS
AND HEARING DATE

To the Creditors and Parties in Interest:

Notice is hereby given, pursuant to 11 U.S.C. Section 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the Debtor, Trent H. Davis d/b/a DFS Property Management, (the "Debtor"), intends to sell at private sale the Debtor's right, title and interest in certain real property located at 186 Cedar Street, Lexington, Massachusetts.

The Debtor has received an offer for said property located at 186 Cedar Street, Lexington, Massachusetts for the sum of $580,000.00 (Five Hundred Eighty Thousand Dollars and No Cents) from James Barr, Trustee of the West View Realty Trust. There is no relationship between the Debtor and the proposed buyer.

The sale shall take place on approval of the United States Bankruptcy Court. James Barr has paid a deposit in the sum of $29,000.00. The terms of the proposed sale are more particularly described in the Motion to Sell Property and the Purchase and Sale Agreement, which are filed simultaneously hereto. The Motion to Sell Property and the Purchase and Sale Agreement are available upon request from the undersigned.

The real property will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

Any objections to the sale and/or higher offers shall be filed in writing with the Clerk, United States Bankruptcy Court at the Federal Building and Courthouse, 300 State Street, Springfield, MA 01105 on or before May 17, 2011 at **2:00 p.m.** ("Objection Deadline"). A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection, and why the intended sale should not be authorized.

Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of $29,000.00 in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions provided in the Purchase and Sale Agreement, other than the purchase price.

A hearing on the Motion to Sell, Objections or Higher Offers is scheduled to take place on **May 19, 2011 at 2:00 p.m in the Videoconference Suite, 11th Floor, John W McCormack Post Office and Court House, 5 Post Office Square, Boston, MA** before the Honorable Henry J. Boroff. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection will be overruled or the higher offer stricken. If no objection to the Motion to Sell or Higher Offer is timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may 1) consider any requests to strike a higher offer; 2) determine further terms and conditions of the sale; 3) determine the requirements for further

competitive bidding; and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

If the successful purchaser fails to complete the sale by the date ordered by the Court, the deposit will be forfeited and the deposit will be turned over to the Debtor's estate. If the sale is not completed by the buyer approved by the Court, the Court may, without further hearing, approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

> Respectfully submitted,
> **Trent H. Davis**
> **d/b/a DFS Property Management,**
> By his attorney,
>
> /s/ Nina M. Parker
> Nina M. Parker
> (BBO #389990)
> nparker@ninaparker.com
> Jenny L. Yandell
> jyandell@ninaparker.com
> (BBO #658322)
> Parker & Associates
> 10 Converse Place
> Winchester, MA 01890
> (781)729-0005