# United States Bankruptcy Court
## District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Trent H. Davis** | Case No. | **11-14206** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept on account towards hourly fees a deposit of   $     **21,970.00**

        Prior to the filing of this statement I have received ............................................ $     **21,970.00**

        Counsel will submit a monthly fee and expense report and final fees to be determined   $
        upon Application for Compensation

2.    The source of the compensation paid to me was:

      ☒ Debtor     ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ☒ Debtor     ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

        **/s/ Nina M. Parker**
        **Nina M. Parker 389990**
        **Parker and Associates**
        **10 Converse Place**
        **Winchester, MA 01890**
        **(781)729-0005  Fax: (781)729-0187**
        **nparker@ninaparker.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Massachusetts

| In re | Trent H. Davis | | Case No. | 11-14206 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Trent H. Davis | X | /s/ Trent H. Davis | June 1, 2011 |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known)  11-14206 | X | | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

| | | | |
|---|---|---|---|
| In re | **Trent H. Davis** | Case No. | **11-14206** |
| | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express Blue** <br> P.O. Box 981535 <br> El Paso, TX 79998 | **American Express Blue** <br> P.O. Box 981535 <br> El Paso, TX 79998 | | | **7,067.26** |
| **American Express Business** <br> P.O. Box 981535 <br> El Paso, TX 79998 | **American Express Business** <br> P.O. Box 981535 <br> El Paso, TX 79998 | | | **1,577.64** |
| **Arthur D. Frank, Jr.** <br> 209 Bedford Street, Suite 401 <br> Fall River, MA 02720 | **Arthur D. Frank, Jr.** <br> 209 Bedford Street, Suite 401 <br> Fall River, MA 02720 | | **Disputed** | **1,375.00** |
| **Arthur D. Frank, Jr.** <br> 209 Bedford Street, Suite 401 <br> Fall River, MA 02720 | **Arthur D. Frank, Jr.** <br> 209 Bedford Street, Suite 401 <br> Fall River, MA 02720 | | **Disputed** | **2,687.50** |
| **Bank of America** <br> P.O. Box 17051 <br> Wilmington, DE 19850 | **Bank of America** <br> P.O. Box 17051 <br> Wilmington, DE 19850 | | | **7,300.00** |
| **Bank of America** <br> P.O. Box 17051 <br> Wilmington, DE 19850 | **Bank of America** <br> P.O. Box 17051 <br> Wilmington, DE 19850 | | | **3,473.92** |
| **Bank of America** <br> P.O. 26012 NC4 105 03 14 <br> Greensboro, NC 27420 | **Bank of America** <br> P.O. Box 17051 <br> Wilmington, DE 19850 | | | **40,846.60** |
| **Capital One Services, LLC** <br> P.O. Box 71083 <br> Charlotte, NC 28272 | **Capital One Services, LLC** <br> P.O. Box 71083 <br> Charlotte, NC 28272 | | | **1,668.67** |
| **Chase/WAMU** <br> P.O. Box 30285 <br> Salt Lake City, UT 84130 | **Chase/WAMU** <br> P.O. Box 30285 <br> Salt Lake City, UT 84130 | | | **3,483.20** |
| **Citizens Bank** <br> P.O. Box 7092 <br> Bridgeport, CT 06601 | **Citizens Bank** <br> P.O. Box 7092 <br> Bridgeport, CT 06601 | | | **1,861.87** |
| **First National Bank of Omaha** <br> P.O. Box 2557 <br> Omaha, NE 68103 | **First National Bank of Omaha** <br> P.O. Box 2557 <br> Omaha, NE 68103 | | | **2,418.90** |
| **Gregory P. Lee, Esq.** <br> 279 South Main Street <br> Attleboro, MA 02703 | **Gregory P. Lee, Esq.** <br> 279 South Main Street <br> Attleboro, MA 02703 | | **Disputed** | **10,687.50** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Trent H. Davis**                                          Case No.  **11-14206**
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hands for Hire**<br>**Stephen Brissette**<br>**PO Box 3294**<br>**North Attleboro, MA 02761** | **Hands for Hire**<br>**Stephen Brissette**<br>**PO Box 3294**<br>**North Attleboro, MA 02761** | | **Disputed** | **1,454.00** |
| **Natividad Gomez**<br>**408 Black Brook Drive**<br>**Lowell, MA 01851** | **Natividad Gomez**<br>**408 Black Brook Drive**<br>**Lowell, MA 01851** | | | **10,000.00** |
| **New England Gas Company**<br>**PO Box 219599**<br>**Kansas City, MO 64121** | **New England Gas Company**<br>**PO Box 219599**<br>**Kansas City, MO 64121** | | | **3,280.94** |
| **Quincy Maritime**<br>**Boat Storate**<br>**109 Pearl Street**<br>**North Weymouth, MA 02191** | **Quincy Maritime**<br>**Boat Storate**<br>**109 Pearl Street**<br>**North Weymouth, MA 02191** | | | **2,000.00** |
| **Robert Kerr**<br>**c/o Gregory P. Lee, Esq.**<br>**279 South Main Street**<br>**Attleboro, MA 02703** | **Robert Kerr**<br>**c/o Gregory P. Lee, Esq.**<br>**279 South Main Street**<br>**Attleboro, MA 02703** | | | **66,431.52** |
| **Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** | **Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | | **3,372.05** |
| **The Home Depot**<br>**P.O. Box 653095**<br>**Dallas, TX 75265** | **The Home Depot**<br>**P.O. Box 653095**<br>**Dallas, TX 75265** | | | **12,843.00** |
| **Theresa Coffey**<br>**P.O. Box 43**<br>**Lexington, MA 02420** | **Theresa Coffey**<br>**P.O. Box 43**<br>**Lexington, MA 02420** | | | **17,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Trent H. Davis**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 1, 2011**                                    Signature  **/s/ Trent H. Davis**
                                                                      **Trent H. Davis**
                                                                      Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Form 6 - Summary)  (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Trent H. Davis**                                                    Case No.    **11-14206**
                                              Debtor(s)          Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $3,801,692.00 | | |
| B - Personal Property | Yes | 3 | $63,395.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | $4,953,793.67 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $4,625.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $353,209.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $6,817.42 |
| **TOTAL** | | 33 | $3,865,087.00 | $5,311,628.57 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Trent H. Davis**                                           Case No.    **11-14206**
                                    Debtor(s)            Chapter    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re **Trent H. Davis**                                                            Case No.   **11-14206**
_____
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property  Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 483 Beacon Street, Unit 44<br>Boston, MA  02115 | Fee simple | - | $182,000.00 | $200,409.81 |
| 7-9 Broad Street<br>North Attleborough, MA<br>13-15 Broad Street<br>North Attleborough, MA<br>119-123 East Street<br>North Attleborough, MA | Fee simple<br><br>Fee Simple<br><br>Fee Simple | - | $687,207.00 | $903,502.22 |
| 186 Cedar Street<br>Lexington, MA  02421 | Fee simple | - | $580,000.00 | $823,708.42 |
| 485 Bridge Street<br>Lowell, MA | As trustee of Bridge St. Realty Trust | - | $271,000.00 | $437,009.35 |
| 12 April Lane<br>Lexington, MA | Fee simple | - | $299,571.00 | $370,771.32 |
| 5 Grimes Road<br>Lexington, MA | Fee simple | - | $472,667.00 | $626,726.23 |

Sheet 1 of 2 total sheets in Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re **Trent H. Davis**                                                                  Case No **11-14206**
_____
Debtor(s)

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm-unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **16-18 Manahan**<br>**Lowell, MA** | **As Trustee of Manahan Street Realty Trust** | - | **$947,445.00** | **$950,566.63** |
| **34 West Third Street**<br>**Lowell, MA  01850** | **As Trustee of the 34 West Third Street Realty Trust** | | | |
| **110 Broad Street (a/k/a 6 Pleasant Street)**<br>**North Attleboro, MA** | **As Trustee of the 110 Broad Street Realty Trust** | | | |
| **132 North Washington Street**<br>**North Attleboro, MA** | **As Trustee of the 132 North Washington Street Realty Trust** | | | |
| **194 Branch Street** | | | | |
| **15-19 South Washington**<br>**North Attleborough, MA** | **As trustee of 15-19 South Washington Street Realty Trust** | - | **$361,802.00** | **$561,784.60** |
| | | Total: | **$3,801,692.00** | |

(Report also on Summary of Schedules)

Sheet 2 of 2 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Trent H. Davis** _____,    Case No. _____**11-14206**_____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank Security Deposit Account** | - | **4,000.00** |
| | | **Citizens Bank Business Checking Acct.** | - | **4,135.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | - | **3,385.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Paintings** | - | **1,000.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | - | **500.00** |
| 7. Furs and jewelry. | | **Miscellaneous Jewelry** | - | **75.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >      **13,095.00**
                                                       (Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Trent H. Davis**                                                            ,     Case No.     **11-14206**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity - IRA Account** | - | **1,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgments against former tenants ($20495.93 - likely uncollectible)** | - | **0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Monies owed for capital investement in Battle Green Partners, LLC ($200,000.00 - likely uncollectible)** | - | **Unknown** |
| | | **Insurance claim for property damage** | - | **5,000.00** |
| | | | Sub-Total > (Total of this page) | **6,000.00** |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Trent H. Davis**                                              ,        Case No.    **11-14206**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Scooter | - | 500.00 |
| 26. Boats, motors, and accessories. | | 2001 Monteray Boats 302 Cruiser | - | 33,100.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers, Printers, Computer Desk | - | 700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Inventory - Painting and Cleaning Supplies | - | 500.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Village of Loon Mountain | - | 2,000.00 |
| | | The Manhattan Club timeshare | - | 7,500.00 |

|  | Sub-Total > | 44,300.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 63,395.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Trent H. Davis**                                                          ,    Case No. ___**11-14206**___
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☒ 11 U.S.C. §522(b)(2)                                                                *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **5 Grimes Road** | 11 U.S.C. § 522(d)(1) | 10,000.00 | 472,667.00 |
| **Lexington, MA** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | 11 U.S.C. § 522(d)(3) | 3,385.00 | 3,385.00 |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Paintings** | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| | | | |
| **Furs and Jewelry** | | | |
| **Miscellaneous Jewelry** | 11 U.S.C. § 522(d)(4) | 75.00 | 75.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Fidelity - IRA Account** | 11 U.S.C. § 522(d)(10)(E) | 1,000.00 | 1,000.00 |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computers, Printers, Computer Desk** | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| | | | |
| **Inventory** | | | |
| **Inventory - Painting and Cleaning Supplies** | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |

|  | Total: | 17,160.00 | 479,827.00 |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Trent H. Davis**                                                                                    Case No.  **11-14206**
_____
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Adam Norrad<br>376 Cumberland Avenue<br>North Attleboro, MA 02760** | | N | A | **Execution**<br><br>**186 Cedar Street<br>Lexington, MA  02421** | | | | | |
| | | | | VALUE          **$580,000.00** | | | | **$2,097.30** | **$2,097.30** |
| ACCOUNT NO. **1158064594** <br><br>**ASC<br>PO Box 1820<br>Newark, NJ 07101** | | N | A | **First Mortgage**<br><br>**186 Cedar Street<br>Lexington, MA  02421** | | | | | |
| | | | | VALUE          **$580,000.00** | | | | **$639,333.75** | **$59,333.75** |

Sheet 1 of 8 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Trent H. Davis**                                                    Case No.   **11-14206**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Beacon Towers Condominium Trust Modiza Associates 131 Park Drive Boston, MA 02215** | | N A | **483 Beacon Street, Unit 44 Boston, MA 02115** | | | | | |
| | | | VALUE        **$182,000.00** | | | | **$600.00** | **$600.00** |
| ACCOUNT NO. **645168510** | | | | | | | | |
| **Brookline Bank 160 Washington Street Brookline, MA 02445** | | N A | **Mortgage** **485 Bridge Street Lowell, MA** | | | | | |
| | | | VALUE        **$271,000.00** | | | | **$431,602.67** | **$160,602.67** |
| ACCOUNT NO. **0683878367** | | | | | | | | |
| **Chase PO Box 830105 Baltimore, MD 21283** | | N A | **Mortgage** **12 April Lane Lexington, MA** | | | | | |
| | | | VALUE        **$299,571.00** | | | | **$368,037.91** | **$68,466.91** |
| ACCOUNT NO. **0701582090** | | | | | | | | |
| **Chase PO Box 830021 Baltimore, MD 21283** | | N A | **Mortgage** **5 Grimes Road Lexington, MA** | | | | | |
| | | | VALUE        **$472,667.00** | | | | **$626,726.23** | **$154,059.23** |
| ACCOUNT NO. **0685552358** | | | | | | | | |
| **Chase Home Finance, LLC P.O. Box 44090 Jacksonville, FL 32231** | | N A | **Mortgage** **483 Beacon Street, Unit 44 Boston, MA 02115** | | | | | |
| | | | VALUE        **$182,000.00** | | | | **$199,809.81** | **$17,809.81** |

Sheet 2 of 8 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Trent H. Davis**                                                      Case No.   **11-14206**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **HO2660** | | | | | | | | |
| **City of Lowell Tax Collector 375 Merrimack Street Lowell, MA 01852** | | N A | Real estate tax<br><br>16-18 Manahan Lowell, MA<br><br>VALUE            **$271,000.00** | | | | **$1,058.14** | **$1,058.14** |
| ACCOUNT NO. **441795-0** | | | | | | | | |
| **Emigrant Mortgage 5 East 42nd Street New York, NY 10017** | | N A | Mortgage<br><br>16-18 Manahan, Lowell, MA *271,000.00 34 W. Third Street, Lowell, MA *160,043.00 110 Broad Street, N. Attleboro, MA $273,000.00 132 N. Washington, N. Attleboro, MA $243,402.00 194 Branch Street<br>* Value per property.<br>VALUE            **$947,445.00** | | | | **$950,566.63** | **$3,121.63** |
| ACCOUNT NO. | | | | | | | | |
| **Lowell Regional Water Utility 815 Pawtucket Blvd. Lowell, MA 01854** | | N A | Water/Sewer<br><br>34 West Third Street Lowell, MA 01850<br><br>VALUE            **$160,043.00** | | | | **$1,285.60** | **$1,285.60** |
| ACCOUNT NO. | | | | | | | | |
| **Lowell Regional Water Utility 815 Pawtucket Blvd. Lowell, MA 01854** | | N A | Water/Sewer<br><br>485 Bridge Street Lowell, MA<br><br>VALUE            **$271,000.00** | | | | **$5,406.68** | **$5,406.68** |

Sheet 3 of 8 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    **Trent H. Davis**
_____
Debtor(s)

Case No.    **11-14206**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| **Minuteman Village Condominium c/o Continental Property Services Inc.** 5 R Green Street Woburn, MA 01801 | | N A | **12 April Lane Lexington, MA** | | | | | |
| | | | VALUE        **$299,571.00** | | | | **$2,733.41** | **$2,733.41** |
| ACCOUNT NO. **730245885** | | | | | | | | |
| **Newport Federal** PO Box 210 Newport, RI 02840 | | N A | **7-9 Broad Street, North Attleboro, MA *$229,069.00 13-15 Broad Street, N. Attleboro, MA *$229,069.00 119-123 East Street, N. Attleboro, MA *$229,069.00 *Value per property** | | | | | |
| | | | VALUE        **$687,207.00** | | | | **$903,502.22** | **$216,295.22** |
| ACCOUNT NO. **80-999-925-614** | | | | | | | | |
| **North Attleborough Public Works** 49 Whiting Street North Attleboro, MA 02760 | | N A | **Water/Sewer** **13-15 Broad Street North Attleborough, MA** | | | | | |
| | | | VALUE        **$229,069.00** | | | | **$162.46** | **$162.46** |
| ACCOUNT NO. | | | | | | | | |
| **Richard Howdy** 35 Haritage Hill Dedham, MA 02026 | | N A | **15-19 South Washington North Attleborough, MA** | | | | | |
| | | | VALUE        **$361,802.00** | | | | **$550,000.00** | **$188,198.00** |
| ACCOUNT NO. **1005156976** | | | | | | | | |
| **Specialized Loan Servicing** 8742 Lucent Blvd. Suite 300 Littleton, CO 80129 | | N A | **Second Mortgage** **186 Cedar Street Lexington, MA  02421** | | | | | |
| | | | VALUE        **$580,000.00** | | | | **$77,895.21** | **$77,895.21** |

Sheet 4 of 8 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Trent H. Davis**                          Case No.    **11-14206**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TD Bank <br> c/o Peter G. Shaheen <br> Shaheen Guerrera and O'Leary <br> 820A Turnpike Street <br> North Andover, MA 01845 | | N A | Execution and Writ of Attachment <br><br> 186 Cedar Street <br> Lexington, MA  02421 <br><br> VALUE       $580,000.00 | | | | $101,757.65 | $101,757.65 |
| ACCOUNT NO. 890118712250 <br><br> TD Bank <br> PO Box 9547 <br> Portland, ME 04112 | | N A | 2001 Monteray Boats 302 Cruiser <br><br> VALUE       $33,100.00 | | | | $51,422.00 | $18,322.00 |
| ACCOUNT NO. <br><br> The Manhattan Club <br> 112 North Courtland St., 2nd Floor <br> East Stroudsburg, PA 18301 | | N A | The Manhattan Club timeshare <br><br> VALUE       $7,500.00 | | | | $1,161.00 | $0.00 |
| ACCOUNT NO. 0300697900 <br><br> Town of Lexington <br> 201 Bedford Street <br> Lexington, MA 02420 | | N A | Water/Sewer <br><br> 186 Cedar Street <br> Lexington, MA  02421 <br><br> VALUE       $580,000.00 | | | | $2,624.51 | $2,624.51 |
| ACCOUNT NO. <br><br> Town of North Attleboro <br> Collector of Taxes <br> 43 South Washington Street <br> North Attleboro, MA 02760 | | N A | Water and Sewer <br><br> 119-123 East Street <br> North Attleborough, MA <br><br> VALUE       $229,069.00 | | | | $534.54 | $534.54 |

Sheet 5 of 8 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re    **Trent H. Davis**                                         Case No.    **11-14206**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Town of North Attleboro<br>Collector of Taxes<br>43 South Washington Street<br>North Attleboro, MA 02760 | | N A | 15-19 South Washington<br>North Attleborough, MA<br><br>VALUE    **$361,802.00** | | | | **$11,784.60** | **$11,784.60** |
| ACCOUNT NO.<br><br>Town of North Attleboro<br>Collector of Taxes<br>43 South Washington Street<br>North Attleboro, MA 02760 | | N A | **Water and Sewer**<br><br>119-123 East Street<br>North Attleborough, MA<br><br>VALUE    **$229,069.00** | | | | **$529.99** | **$529.99** |
| ACCOUNT NO.<br><br>Town of North Attleboro<br>Collector of Taxes<br>43 South Washington Street<br>North Attleboro, MA 02760 | | N A | 119-123 East Street<br>North Attleborough, MA<br><br>VALUE    **$229,069.00** | | | | **$7,018.76** | **$7,018.76** |
| ACCOUNT NO.<br><br>Town of North Attleboro<br>Collector of Taxes<br>43 South Washington Street<br>North Attleboro, MA 02760 | | N A | 13-15 Broad Street<br>North Attleborough, MA<br><br>VALUE    **$229,069.00** | | | | **$5,701.26** | **$5,701.26** |
| ACCOUNT NO.<br><br>Town of North Attleboro<br>Collector of Taxes<br>43 South Washington Street<br>North Attleboro, MA 02760 | | N A | 7-9 Broad Street<br>North Attleborough, MA<br><br>VALUE    **$229,069.00** | | | | **$6,428.20** | **$6,428.20** |

Sheet 6 of 8 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re    **Trent H. Davis**                                                      Case No.    **11-14206**
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| ACCOUNT NO. | | | | | | | | | | |
| Town of North Attleboro Collector of Taxes 43 South Washington Street North Attleboro, MA 02760 | N | | A | | Water and Sewer<br><br>110 Broad Street (a/k/a 6 Pleasant Street) North Attleborough, MA<br><br>VALUE      $273,000.00 | | | | $667.85 | $667.85 |
| ACCOUNT NO. | | | | | | | | | | |
| Town of North Attleboro Collector of Taxes 43 South Washington Street North Attleboro, MA 02760 | N | | A | | Water and Sewer<br><br>110 Broad Street (a/k/a 6 Pleasant Street) North Attleborough, MA<br><br>VALUE      $273,000.00 | | | | $380.28 | $380.28 |
| ACCOUNT NO. | | | | | | | | | | |
| Town of North Attleboro Collector of Taxes 43 South Washington Street North Attleboro, MA 02760 | N | | A | | Water and Sewer<br><br>7-9 Broad Street North Attleborough, MA<br><br>VALUE      $229,069.00 | | | | $1,688.44 | $1,688.44 |
| ACCOUNT NO. | | | | | | | | | | |
| Town of North Attleboro Collector of Taxes 43 South Washington Street North Attleboro, MA 02760 | N | | A | | Water and Sewer<br><br>13-15 Broad Street North Attleborough, MA<br><br>VALUE      $229,069.00 | | | | $705.76 | $705.76 |
| ACCOUNT NO. | | | | | | | | | | |
| Town of North Attleboro Collector of Taxes 43 South Washington Street North Attleboro, MA 02760 | N | | A | | Water and Sewer<br><br>132 North Washington Street North Attleborough, MA<br><br>VALUE      $243,402.00 | | | | $570.81 | $570.81 |
| | | | | | Total(s) | | | | $4,953,793.67 | $1,117,840.67 |

Sheet 7 of 8 total sheets in Schedule of Creditors Holding Secured Claims

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Trent H. Davis**                           Case No.    **11-14206**

                    Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | H W J C | Husband, Wife, Joint or Community | | | | | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (Use only on last page) | | | | | | | | | | | | |
| | | | | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 8 of 8 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/10)

In re   **Trent H. Davis**                                                                              Case No. _____**11-14206**_____
                                                                    ,
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Trent H. Davis**                                                                    ,          Case No.    **11-14206**
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mingonne Davis** <br> **19 Emerald Street** <br> **Lexington, MA 02421** | - | | | | | | 4,625.00 | 0.00 | 4,625.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 4,625.00 | 0.00 |
|---|---|---|
| | | 4,625.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Trent H. Davis**                                                    ,    Case No.    **11-14206**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | | |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101** | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 4,625.00 | 4,625.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Trent H. Davis**  
_____,   Case No.   **11-14206**   _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3715-478134-74005** <br><br> **American Express Blue** <br> **P.O. Box 981535** <br> **El Paso, TX 79998** | - | | | | | | 7,067.26 |
| Account No. **3715-360967-54001** <br><br> **American Express Business** <br> **P.O. Box 981535** <br> **El Paso, TX 79998** | - | | | | | | 1,577.64 |
| Account No. <br><br> **Andrea Bussey** <br> **P.O. Box 545** <br> **North Attleboro, MA 02760** | - | | | | | | 7,340.00 |
| Account No. <br><br> **Arthur D. Frank, Jr.** <br> **209 Bedford Street, Suite 401** <br> **Fall River, MA 02720** | - | | | | | X | 1,375.00 |

|  |  |
|---|---|
| __7__ continuation sheets attached | Subtotal (Total of this page)   **17,359.90** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

S/N:26291-110510   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Trent H. Davis**                                                                        ,     Case No. _____**11-14206**_____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Arthur D. Frank, Jr.** **209 Bedford Street, Suite 401** **Fall River, MA 02720** | - | | | | | X | 2,687.50 |
| Account No. | | | | | | | |
| **Ashely Bryant** **67 Tyler Park, Apt. 3** **Lowell, MA 01851** | - | | | | | | 1,036.50 |
| Account No. **68271023765899** | | | | | | | |
| **Bank of America** **P.O. 26012 NC4 105 03 14** **Greensboro, NC 27420** | - | | | | | | 40,846.60 |
| Account No. **4339-9300-2860-6046** | | | | | | | |
| **Bank of America** **P.O. Box 17051** **Wilmington, DE 19850** | - | | | | | | 3,473.92 |
| Account No. **4800-1211-4877-2559** | | | | | | | |
| **Bank of America** **P.O. Box 17051** **Wilmington, DE 19850** | - | | | | | | 7,300.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,344.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Trent H. Davis**                                                                 ,            Case No. _____**11-14206**_____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4802-1371-0144-5106** | | | | | | | |
| **Capital One Services, LLC** **P.O. Box 71083** **Charlotte, NC 28272** | | - | | | | | |
| | | | | | | | **1,668.67** |
| Account No. | | | **Collecting for Prescription Turf Services** | | | | |
| **Capital Recovery Systems** **PO Box 2336** **Plainville, MA 02762** | | - | | | | X | |
| | | | | | | | **0.00** |
| Account No. **5494-7760-0139-0159** | | | | | | | |
| **Chase/WAMU** **P.O. Box 30285** **Salt Lake City, UT 84130** | | - | | | | | |
| | | | | | | | **3,483.20** |
| Account No. **5240-3890-0048-7484** | | | | | | | |
| **Citizens Bank** **P.O. Box 7092** **Bridgeport, CT 06601** | | - | | | | | |
| | | | | | | | **1,861.87** |
| Account No. | | | | | | | |
| **Crystal Davis** **P.O. Box 545** **North Attleboro, MA 02760** | | - | | | | | |
| | | | | | | | **1,200.00** |

Sheet no. __**2**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,213.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trent H. Davis**                                                                                                    ,      Case No. ___**11-14206**___
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4418-4092-8570-7890** | | | | | | | | |
| **First National Bank of Omaha** **P.O. Box 2557** **Omaha, NE 68103** | - | | | | | | | **2,418.90** |
| Account No. **6034623136008956** | | | | Deficiency | | | | |
| **GE** **950 Forrer Boulevard** **Dayton, OH 45420** | - | | | | | | | **1,047.93** |
| Account No. | | | | | | | | |
| **Gregory P. Lee, Esq.** **279 South Main Street** **Attleboro, MA 02703** | - | | | | | | X | **10,687.50** |
| Account No. | | | | | | | | |
| **Hands for Hire** **Stephen Brissette** **PO Box 3294** **North Attleboro, MA 02761** | - | | | | | | X | **1,454.00** |
| Account No. | | | | | | | | |
| **Jennifer Bennett** **2 Princeton Drive** **North Chelmsford, MA 01863** | - | | | | | | | **625.00** |

Sheet no. __**3**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,233.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Trent H. Davis**                                                                    ,    Case No.    **11-14206**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5140-2180-2075-2711** <br><br> **Juniper** <br> **P.O. Box 8833** <br> **Wilmington, DE 19899** | - | | | | | | 900.00 |
| Account No. <br><br> **Lawrence McSwiggan, Esq.** <br> **River Charles Law Group** <br> **PO Box 1** <br> **Newton Upper Falls, MA 02464** | - | | | | | | 500.00 |
| Account No. <br><br> **Michael Davis** <br> **P.O. Box 545** <br> **North Attleboro, MA 02760** | - | | | | | | 2,000.00 |
| Account No. <br><br> **Mingonne Davis** <br> **19 Emerald Street** <br> **Lexington, MA 02421** | - | | | | | | 135,000.00 |
| Account No. <br><br> **National Recovery Agency** <br> **PO Box 67015** <br> **Harrisburg, PA 17106** | - | | **Collecting for National Grid** | | | | 0.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **138,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Trent H. Davis**                                                          ,          Case No. _____**11-14206**_____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Natividad Gomez**<br>**408 Black Brook Drive**<br>**Lowell, MA 01851** | - | | | | | | 10,000.00 |
| Account No. **0400020738514224615**<br><br>**New England Gas Company**<br>**PO Box 219599**<br>**Kansas City, MO 64121** | - | | | | | | 3,280.94 |
| Account No.<br><br>**Noble Hardward and Plumbing Inc.**<br>**605 East Washington Street**<br>**North Attleboro, MA 02760** | - | | | | | | 1,130.15 |
| Account No. **5155-9300-0746-6030**<br><br>**Orchard Bank/HSBC Bank**<br>**c/o PRA Receivables Management**<br>**P.O. Box 12907**<br>**Norfolk, VA 23541** | - | | | | | | 509.25 |
| Account No.<br><br>**Quincy Maritime**<br>**Boat Storate**<br>**109 Pearl Street**<br>**North Weymouth, MA 02191** | - | | | | | | 2,000.00 |

Sheet no. __**5**___ of __**7**___ sheets attached to Schedule of                          Subtotal                    16,920.34
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Trent H. Davis**                                                    ,    Case No.    **11-14206**
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Robert Kerr c/o Gregory P. Lee, Esq. 279 South Main Street Attleboro, MA 02703 | | - | | | | | | | 66,431.52 |
| Account No. | | | | | | | | | |
| Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773-9500 | X | - | | | | | | | 3,372.05 |
| Account No. | | | | | | | | | |
| Sandra Benedetti Daniel Benedetti P.O. Box 3251 Attleboro, MA 02703 | | - | | | | | | | 1,001.50 |
| Account No. 6035320044859286 | | | | | | | | | |
| The Home Depot P.O. Box 653095 Dallas, TX 75265 | | - | | | | | | | 12,843.00 |
| Account No. | | | | | | | | | |
| Theresa Coffey P.O. Box 43 Lexington, MA 02420 | | - | | | | | | | 17,000.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100,648.07**

B6F (Official Form 6F) (12/07) - Cont.

In re __Trent H. Davis_____,   Case No. __11-14206_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Collecting for Truegreen | | | | |
| Transworld Systems, Inc. 10 New England Bus. Center Drive Andover, MA 01810 | | - | | | | | X | 90.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      90.00

Total
(Report on Summary of Schedules)      353,209.90

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re __Trent H. Davis_____,    Case No. ___11-14206_____
                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Tenant<br>15 Broad Street, #5<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>15 Broad Street, #6<br>North Attleboro, MA 02760 | Residentail Lease; Lessor |
| Tenant<br>13 Broad Street, #1<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant | Rental Agreement |
| Tenant<br>13 Broad Street, #3<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>9 Broad Street, #6<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>9 Broad Street, #5<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>7-9 Broad Street, #4<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>7-9 Broad Street, #2<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>7 Broad Street, #1<br>North Attleboro, MA 02760 | Rental Agreement |
| Tenant<br>119 East Street, #1<br>North Attleboro, MA 02760 | Residential Lease; Lessor |
| Tenant<br>123 East Street<br>North Attleboro, MA 02761 | Rental Agreement |

**4**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Trent H. Davis**                                                                ,   Case No.   **11-14206**
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tenant**<br>**123 East Street, #1**<br>**North Attleboro, MA 02761** | **Residential Lease; Lessor** |
| **Tenant**<br>**123 East Street, #2**<br>**North Attleboro, MA 02761** | **Residential Lease; Lessor** |
| **Tenant**<br>**123 East Street, #3**<br>**North Attleboro, MA 02761** | **Residential Lease; Lessor** |
| **Tenant**<br>**119 East Street, #2**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**132 North Washington Street, 1st Floor**<br>**Apartment #3**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**132 North Washington Street, #4**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**132 North Washington Street, #2**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**132 North Washington Street, #1A**<br>**North Attleboro, MA 02760** | **Rental Agreement** |
| **Tenant**<br>**132 North Washington Street**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**132 North Washington Street, 1R**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**19 South Washington Street**<br>**North Attleboro, MA 02760** | **Commercial Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street, #10**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street, #10**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Trent H. Davis**                                                              ,    Case No.    **11-14206**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tenant**<br>**17 South Washington Street**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street, #8**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street, #3**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street**<br>**North Attleboro, MA 02760** | **Rental Agreement** |
| **Tenant**<br>**17 South Washington Street**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**15 South Washington Street**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washington Street, #6**<br>**North Attleboro, MA 02760** | **Rental Agreement** |
| **Tenant**<br>**17 South Washington Street, #5**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**17 South Washignton Street, #4**<br>**North Attleboro, MA 02760** | **Residential Lease; Lessor** |
| **Tenant**<br>**483 Beacon Street**<br>**Boston, MA 02116** | **Residential Lease; Lessor** |
| **Tenant**<br>**34 West Third Street, #2**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**4 Fifth Street, #10**<br>**Lowell, MA 01851** | **Rental Agreement** |

Sheet    **2**    of    **4**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Trent H. Davis**                                                              ,    Case No.    __**11-14206**__
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tenant**<br>**34 West Third Street, 2nd Floor Rear**<br>**Lowell, MA 01851** | **Residential Lease; Lessor** |
| **Tenant**<br>**Bridge Street Laundromat**<br>**485-489 Bridge Street**<br>**Lowell, MA 01851** | **Commercial Lease; Lessor** |
| **Tenant**<br>**34 West Third Street, #3**<br>**Lowell, MA 01850** | **Residential Lease; Lessor** |
| **Tenant**<br>**34 West Third Street, #1**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**12 April Lane**<br>**Lexington, MA 02421** | **Residential Lease; Lessor** |
| **Tenant**<br>**186 Cedar Street**<br>**Lexington, MA 02421** | **Residential Lease; Lessor** |
| **Tenant**<br>**4 Fifth Street, #5**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**4 Fifth Street, #8**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**4 Fifth Street, #4**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**4 Fifth Street, #6**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**4 Fifth Street, #5**<br>**Lowell, MA 01850** | **Residential Lease; Lessor** |
| **Tenant**<br>**4 Fifth Street, #2**<br>**Lowell, MA 01850** | **Residential Lease; Lessor** |
| **Tenant**<br>**4 Fifth Street, #1**<br>**Lowell, MA 01850** | **Residential Lease; Lessor** |

Sheet   __3__   of   __4__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Trent H. Davis**                                              ,    Case No.    **11-14206**
_____                                  _____
                            Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tenant**<br>**4 Fifth Street, #3**<br>**Lowell, MA 01850** | **Rental Agreement** |
| **Tenant**<br>**16 Manahan Street, #1**<br>**Lowell, MA 01851** | **Rental Agreement** |
| **Tenant**<br>**18 Manahan Street, #3**<br>**Lowell, MA 01851** | **Residential Lease; Lessor** |
| **Tenant**<br>**18 Manahan Street, #2**<br>**Lowell, MA 01851** | **Residential Lease; Lessor** |
| **Tenant**<br>**18 Manahan Street, #1**<br>**Lowell, MA 01851** | **Residential Lease; Lessor** |
| **Tenant**<br>**16 Manahan Street, #2**<br>**Lowell, MA 01851** | **Rental Agreement** |
| **Tenant**<br>**16 Manahan Street, #3**<br>**Lowell, MA 01851** | **Residential Lease; Lessor** |

Sheet    **4**    of    **4**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Trent H. Davis**                                                                      ,          Case No.    **11-14206**
                                          Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Crystal Davis** | **Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re   **Trent H. Davis**           Case No.   **11-14206**
                                      Debtor(s)           Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **35**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 1, 2011**                  Signature    **/s/ Trent H. Davis**
                                                       **Trent H. Davis**
                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Massachusetts

In re    **Trent H. Davis**             Case No.    **11-14206**

                               Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$171,106.00** | **2011 - YTD** |
| **$0.00** | **2010 - To be supplied** |
| **$659,549.00** | **2009** |

---

### 2. Income other than from employment or operation of business

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT             SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **DFS Property Management v. Robert Kerr** | | **Bristol Superior Court Housing Court Department Southeast Division 52 Obery Street, Ste. 1054 Plymouth, MA  02360** | |
| **TD Bank v. Trent Davis Middlesex Superior Court Civil Action No. MICV2010-01870** | | **Middlesex Superior Court 200 TradeCenter Woburn, MA  01801** | **Writ of Attachment and Execution** |
| **Adam Norrad v. Trent Davis Attleboro District Court Small Claims No. 200934SC001359** | | **Attleboro District Court 88 North Main Street Attleboro, MA  02703-2220** | **Execution** |
| **Natividad Gomez v. Trent Davis d/b/a DFS Property Lawrence District Court Small Claims No. 10-SC-126** | | **Northeast Housing Court Fenton Judicial Center 2 Appleton Street Lawrence, MA 01840** | **Judgment entered** |
| **Ding and Cao v. Davis, et al Docket No. 2011-1059** | **Lis Pendens** | **Middlesex Superior Court** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DFS Property Management/Trent Davis v. Jolene Mach**<br>**Docket No. 201134SU000025** | **Debt collection** | **Attleboro District Court**<br>**88 North Main Street**<br>**Attleboro, MA 02703** | **Execution issued** |
| **Ashley Bryant v. Trent Davis**<br>**1047 SC 0496** | **Civil - debt collection** | **Concord District Court**<br>**309 Walden Street**<br>**Concord, MA 01742** | **Pending** |
| **Sandra Benedetti and Daniel Benedetti v. Trent Davis and Michael Davis**<br>**Attleboro District Court Small Claims No. 201034SC000264** | **Entry of Judgment** | **Attleboro District Court**<br>**88 North Main Street**<br>**Attleboro, MA  02703-2220** | **Judgment Entered 5/9/2011** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **TD Bank, NA** | **4/2010** | **57 Lakeview Avenue, Lowell, Massachusetts** |

### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$5,000.00** | **Tree damage to home -132 North Washington Street, North Attleboro** | |
| **$30,000.00 Plus legal fees** | **Condominium building fire.  Debtor suffered loss of rent.** | **April, 2010** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nina M. Parker** **Parker and Associates** **10 Converse Place** **Winchester, MA 01890** | **2/12/2011; 2/20/2011; 2/25/2011; 4/11/11; 4/18/11** | **$2,500.00; $2,500.00; $5,000.00; $5,000.00; $21,000.00** |

### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America** | **2 Custodial accounts** | **4/21/11 - $481.86** |
| **Bank of America** | **Checking account** | **$1200** |

5

---

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Michael Davis/Honda Leasing**<br>**29 Oak Street**<br>**North Attleboro, MA 02760** | **2008 Honda Civic** | |
| **Andrea Bussey** | **Bank of America - Custodial Account**<br>**(...823) - $109.03** | |
| **Tyler Bussey** | **Bank of America - Custodial Account**<br>**(...540) - $995.84** | |
| **Tenants** | **Security Deposits; $2,000.00** | |

---

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **186 Cedar Street**<br>**Lexington, MA  02420** | **Trent Davis** | **7/2005 to 7/2010** |

---

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Mignonne H. Davis - 2/1994 to 11/2000**
**Jennifer Copley - 10/1987 to 12/1991**

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **119 East Street**<br>**119 East Street**<br>**North Attleboro, MA** | | | **Asbestos remediation** |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DFS Property Management** | | **5 Grimes Road Lexington, MA 02420** | **Real Estate/Property Management** | |

Case 11-14206   Doc 47   Filed 06/01/11   Entered 06/01/11 16:30:56   Desc Main
Document     Page 47 of 48

7

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST                  PERCENTAGE OF INTEREST

8

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **June 1, 2011**         Signature **/s/ Trent H. Davis**

**Trent H. Davis**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*